LAW OFFICES OF RANDAL M. BARNUM
Randal M. Barnum, Bar No. 111287
rmblaw@pacbell.net
Carrie E. Croxall, Bar No. 190430
ccroxall@rmblaw.com
Lindsay R. Batcha, Bar No. 264192
lbatcha@rmblaw.com
279 East H Street
Benicia, California 94510
Telephone:   (707) 745-3747
Facsimile:    (707) 745-4580

Attorneys for Plaintiff
Karen A. Parks


SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
980 Ninth Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 326-5150
Facsimile:    (916) 497-0708

Attorneys for Defendants
Kindred Healthcare, Inc., erroneously sued as
Kindred Healthcare Incorporated, and Professional
HealthCare at Home, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN A. PARKS, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>KINDRED HEALTHCARE INCORPORATED, PROFESSIONAL HEALTHCARE at HOME, LLC, and Does 1-100, inclusive,<br><br>        Defendants. | Case No.  4:15-cv-01788-SBA<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. PRO. 41(A)]; [~~PROPOSED~~] ORDER** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Fed. R. Civ. Pro. 41(a), each side to bear his or its own costs and attorney's fees.

5 SO STIPULATED.

7 Dated: February 23, 2016               Respectfully submitted,

8                                        LAW OFFICES OF RANDAL M. BARNUM

10                                       By: /s/Randal M. Barnum
                                             Randal M. Barnum
11                                           Carrie E. Croxall
                                             Lindsay R. Batcha
12                                           Attorneys for Plaintiff
                                             Karen A. Parks

15 Dated: February 23, 2016               Respectfully submitted,

16                                        SHAW VALENZA LLP

18                                        By: /s/D. Gregory Valenza
                                             D. Gregory Valenza
19                                           Attorneys for Defendants
                                             Kindred Healthcare, Inc., and Professional
20                                           HealthCare at Home, LLC

Filer's Attestation

Pursuant to Civil Local Rules, rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 23, 2016                              By: /s/D. Gregory Valenza

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 23, 2016.

Dated: February 23, 2016                              By: /s/D. Gregory Valenza

## [PROPOSED] ORDER

PURSUANT TO STIPULATION,

IT IS HEREBY ORDERED that the above entitled action and Plaintiff Karen A. Parks' First Amended Complaint in this matter are dismissed in its entirety with prejudice pursuant to Fed. R. Civ. Pro. 41(a).

IT IS FURTHER ORDERED that each party shall bear her or its own costs and attorney's fees.

DATED: February 23, 2016

*Saundra B. Armstrong*
United States District Judge
Saundra Brown Armstrong

438021.2.00133.117